**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SARITA GLOVER, | Case No. 2:14-CV-02193-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| MONEYTREE INC., | |
| Defendant. | |

On December 31, 2014, Magistrate Judge Ferenbach entered a Report & Recommendation (Dkt. #2) denying plaintiff Sarita Glover's application to proceed in forma pauperis and recommending I dismiss her complaint if she did not pay the filing fee by January 23, 2015. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Glover's application to proceed in forma pauperis does not provide sufficient information for the Court to determine whether she has the ability to pay. Moreover, she did not pay the filing fee as directed.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #2) is accepted, the plaintiff's application to proceed in forma pauperis (Dkt. #1) is DENIED, and the plaintiff's complaint is DISMISSED without prejudice.

DATED this 10th day of February, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE